# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAVIS WARREN ATHERTON, | No. 1:24-CV-00995 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Magistrate Judge Caraballo) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER

### SEPTEMBER 30, 2025

Travis Warren Atherton filed this action seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Atherton's claim for social security disability benefits.[1] On August 29, 2025, Magistrate Judge Phillip J. Caraballo issued a Report and Recommendation recommending that this Court vacate the Commissioner's decision and remand this matter for further proceedings.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, the Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in

---

[1] Docs. 1, 12.
[2] Doc. 18.
[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

part—the findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error—clear or otherwise—in Magistrate Judge Caraballo's conclusion that the Commissioner's decision is insufficiently reasoned to permit proper review. Consequently, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Phillip J. Caraballo's Report and Recommendation (Doc. 18) is **ADOPTED**;

2. The Commissioner's decision is **VACATED**, and this matter is **REMANDED** for further proceedings consistent with this Order and Magistrate Judge Caraballo's Report and Recommendation;

3. Final Judgment is entered in favor of Plaintiff and against Defendant pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.